MORRIS TALSKY, Appellant, *v.* NEW YORK LIFE INSURANCE COMPANY, Respondent.

(Argued March 10, 1936; decided April 14, 1936.)

*Albert Hirst* for appellant.

*Kenneth deF. Carpenter, Ferdinand H. Pease* and *Louis H. Cooke* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.